**THIS ORDER IS APPROVED.**

**Dated: October 25, 2010**

_____
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**

Benjamin L. Dodge, Esq. (#024887)
**DODGE & VEGA, PLC**
4824 E Baseline Rd, Suite 124
Mesa, Arizona 85206
Telephone: (480) 656-8333
Facsimile: (480) 656-8334
ben@dodgevegalaw.com
Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>DELBERT C. HODGE<br><br>RENEE D. HODGE<br><br>Debtors<br><br>Delbert C. Hodge and Renee D. Hodge,<br><br>v.<br><br>BankUnited, FSB | In Proceedings Under Chapter 11<br><br>Case No. 2:09-bk-26411-JMM<br><br>Adv. Pro. 2:10-ap-00943-JMM<br><br>**ORDER APPROVING STIUPLATION REGARDING VALUATION OF FIRST LIEN ON REAL PROPERTY AND RESOLUTION OF ADVERSARY PROCEEDING**<br><br>**(Re: 2275 West Pecan Road, Phoenix, AZ 85041)** |

Upon consideration of the Stipulation Regarding Valuation of First Lien on Real Property and Resolution of Adversary Proceeding between the Debtors and BankUnited, by and through counsel of record, good cause existing to approve the Stipulation

IT IS HEREBY ORDERED that the Stipulation Regarding Valuation of First Lien on Real Property and Resolution of Adversary Proceeding is APPROVED;

IT IS FURTHER ORDERED that the property generally described as 2275 West Pecan Road, Phoenix, AZ 85041 and legally described as:

1

Lot 413, PARK PHOENIX 3, according to the Plat of record in the office of the County Recorder of Maricopa County, Arizona, Book 097 of Maps, Page 20.

(the "Property") shall be deemed to have a value of $63,000.00. The interest rate shall be fixed at 5.5% and the loan will be re-amortized over 30 years;

IT IS FURTHER ORDERED that in the event this case is converted to a Chapter 7 or dismissed, this Stipulation shall be deemed void and unenforceable; and

IT IS FURTHER OREDERED that the Stipulation resolves this adversary proceeding in all aspects.

SIGNED AND DATED ABOVE

Dodge & Vega, PLC
4824 E. Baseline Rd, Ste 124.
Mesa, Arizona 85206
(480) 656-8333